UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────────

SEAN P. SWEENEY, II,

                           Plaintiff,

                                                          ORDER
          v.                                                  05-CV-702A

D.C. CREDIT SERVICES, INC.,

                           Defendant.

───────────────────────────────────

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On March 14, 2007, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion to dismiss the complaint be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to dismiss the complaint is denied.

        The case is referred back to Magistrate Judge Schroeder for furhter proceedings.

SO ORDERED.

                                                                     s/ *Richard J. Arcara*
                                                                     HONORABLE RICHARD J. ARCARA
                                                                     CHIEF JUDGE
                                                                     UNITED STATES DISTRICT COURT

DATED:  March  30   , 2007